```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   NAMEL NORRIS,                                            :
                                      Plaintiff,            :
                                                            :       24 Civ. 3019 (LGS)
                   -against-                                :
                                                            :            ORDER
   ENLY LLC, et al.,                                        :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the order dated May 30, 2024, required the parties to file a proposed case management plan and joint letter by June 14, 2024;

WHEREAS, the initial pretrial conference is currently scheduled for June 26, 2024, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **June 21, 2024**.

Dated: June 18, 2024
   New York, New York

                                                                 LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE